**Exhibit A to the Complaint**

**Location:** Baltimore, MD  
**Total Works Infringed:** 35  
**IP Address:** 73.39.183.221  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 11/02/2018 14:09:49 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/08/2018 16:42:49 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 08/05/2018 13:57:53 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 4 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | Vixen | 11/02/2018 14:12:06 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 5 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 04/23/2018 04:10:05 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 6 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/19/2018 15:50:43 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 7 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 08/03/2018 20:11:34 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 8 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 08/05/2018 13:52:12 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 9 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 05/06/2018 05:01:44 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 10 | 41577E4102ED339277357B7EF3E97C1347487EE2 | Vixen | 09/15/2018 23:32:49 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 11 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 08/05/2018 13:54:04 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 12 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | Tushy | 05/06/2018 04:23:18 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 13 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 04/23/2018 04:12:06 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 14 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | Vixen | 10/14/2018 14:41:13 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 15 | 5BCDABA05269A9B9B2AFBA569E4D046F5A56236F | Vixen | 09/28/2018 04:17:29 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 16 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 06/16/2018 15:48:24 | 06/10/2018 | 07/14/2018 | PA0002128387 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 05/06/2018 05:40:35 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 18 | 6D2418991BA4777EF13C5D3B0302BCB6F3A67EAD | Tushy | 07/26/2018 03:34:47 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 19 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 07/06/2018 14:51:31 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 20 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 05/14/2018 02:01:19 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 21 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 05/13/2018 23:02:17 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 22 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/04/2018 17:19:04 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 23 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 10/14/2018 14:41:43 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 24 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 10/14/2018 14:43:29 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 25 | ADB8062F604814ECBB01C5FFBD71820E25EE3E65 | Tushy | 04/23/2018 05:21:05 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 26 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 04/23/2018 04:27:07 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 27 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | Tushy | 10/26/2018 04:04:49 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 28 | BBA0B341681750252FE96F8D7288C3D8166CD318 | Vixen | 04/23/2018 04:19:05 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 29 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | Vixen | 08/05/2018 13:55:22 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 30 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | Tushy | 06/02/2018 12:30:17 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 31 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 08/04/2018 15:13:45 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 32 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 05/02/2018 02:33:11 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 33 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | Tushy | 08/12/2018 16:59:08 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 34 | F881BA79C1CD356D34649DCF4B15192590AE12BE | Blacked | 05/06/2018 04:05:04 | 12/21/2017 | 01/15/2018 | PA0002070941 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F9CFE8F13800B0DCEFEC2EDECE09D1DA5F70A22A | Tushy | 06/03/2018 13:43:30 | 05/16/2018 | 06/19/2018 | PA0002126446 |